UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * * *

Charles R. Stone,

Plaintiff,

ORDER

vs.

Rick Harry - COO; Anita Schlank - Clinical Director; Rhonda Heskin - Psychologist; Deborah Konieska - Behavioral Analyst; Amy Anderson - Behavioral Analyst; Lori Parkos - Security Guard,

Defendants.

Civ. No. 02-0028 (MJD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 18th day of January, 2002.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a routine review, in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Plaintiff's application to proceed in forma pauperis.

As a part of that application, the Plaintiff has averred that he is not employed, and that he does not own any real estate, stocks, bonds, securities, or other valuable possessions. He further attests that, during the past twelve months, he has not received any money from businesses, rent payments, pensions,

(8)

FILED JAN 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

annuities, or disability payments. Given these showings, we conclude that the Plaintiff is entitled to proceed in forma pauperis. Therefore, the Plaintiff's application to proceed in forma pauperis is granted. See, Title 28 U.S.C. §1915(a)(1).

NOW, THEREFORE, It is --

ORDERED:

1. That the Plaintiff's application for in forma pauperis status [Docket No. 7] is granted.

2. That the Clerk of Court shall issue a Summons and the United States Marshal shall serve a copy of the Complaint and Summons upon the Defendants as directed by the Plaintiff, and that all costs of service shall be advanced by the United States.

3. That, within twenty days after service of the Summons and Complaint is effectuated, the Defendants shall respond to the Plaintiff's Motions for an Immediate Temporary Restraining Order, for a Temporary Restraining Order, and for Preliminary Injunction.

4. That a copy of this Order be served, on the Defendants, along with the Summons and Complaint.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE