ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Charles R. Stone, Civil File No. 02-28 MJD/RLE

Plaintiff,

vs. **ORDER**

Rick Harry, et al.,

Defendants.

The above-entitled matter was submitted to this Court on Defendant Heskins' Motion to Extend Time to Answer.

After careful consideration of this matter and based upon all files, records, documents, and exhibits and proceedings herein, the Court makes the following Order:

1. Defendant Heskins' Motion to Extend Time to Answer is granted; and

2. Defendants' Answer or responsive pleading shall be served by March 25, 2002.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 3-4-02

Raymond L. Erickson
HONORABLE RAYMOND L. ERICKSON
U.S. Magistrate Judge

FILED MAR 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK