UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Charles R. Stone,

Plaintiff,

REPORT AND RECOMMENDATION

vs.

Rick Harry - COO; Anita Schlank - Clinical Director; Rhonda Heskin - Psychologist; Deborah Konieska - Behavioral Analyst; Amy Anderson - Behavioral Analyst; Lori Parkos - Security Guard,

Defendants.

Civ. No. 02-0028 (MJD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 11th day of March, 2002.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a routine review, in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(B), upon the Plaintiff's Motion for Default Judgment.

On February 19, 2002, the Plaintiff filed a Motion for Default Judgment, claiming that the Defendants failed to "properly answer as previously ordered by this Court on January 18, 2002." Docket No. 9. Our Order of January 18, 2002, directed the Defendants to respond to the Plaintiff's Complaint and his Motions for an Immediate Temporary Restraining Order, a Temporary Restraining Order,

(15)

FILED MAR 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK mb

and a Preliminary Injunction, "within twenty days after service of the Summons and Complaint is effectuated." Docket No. 8, at 2. The Plaintiff contends that the Defendants should have filed a response twenty days after January 18, 2002, or around February 18, 2002.

The Plaintiff appears to have misconstrued our Order. We directed the Defendants to respond within twenty days after the date that service of the Summons and Complaint was effectuated which, in this case, was February 23, 2002, for Defendant Rhonda Heskin, and February 28, 2002, for the remaining Defendants. See, Docket No. 14. Consequently, the Defendants are not required to respond until approximately March 20, 2002.[1] Therefore, the Plaintiff's Motion for Default Judgment should be denied, as without merit.

NOW, THEREFORE, It is --

RECOMMENDED:

That the Plaintiff Motion for Default Judgment [Docket No. 9] be denied.

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

---

[1]We previously granted Defendant Heskin's Motion to Extend the deadline for filing her answer, or to otherwise responsively plead, to March 25, 2002. Docket No. 13.

**NOTICE**

Pursuant to Rule 6(a), Federal Rules of Civil Procedure, D. Minn. LR1.1(f), and D. Minn. LR72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties **by no later than March 28, 2001**, a writing which specifically identifies those portions of the Report to which objections are made and the bases of those objections. Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals.

If the consideration of the objections requires a review of a transcript of a Hearing, then the party making the objections shall timely order and file a complete transcript of that Hearing **by no later than March 28, 2002**, unless all interested parties stipulate that the District Court is not required by Title 28 U.S.C. §636 to review the transcript in order to resolve all of the objections made.