UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Charles R. Stone,

Plaintiff,

vs. ORDER

Rick Harry - COO; Anita Schlank - Clinical Director; Rhonda Heskin - Psychologist; Deborah Konieska - Behavioral Analyst; Amy Anderson - Behavioral Analyst; Lori Parkos - Security Guard,

Defendants. Civ. No. 02-0028 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That the Plaintiff Motion for Default Judgment [Docket No. 9] is denied.

BY THE COURT:

Michael J. Davis

Judge Michael J. Davis
United States District Court

DATED: 4-4-02
At St. Paul, Minnesota

APR 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK