UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Charles Richard Stone,

Plaintiff,

vs. ORDER

Rick Harry, Anita Schlank, Deborah Konieska, Rhonda Heskin, Amy Anderson, Lori Parkos, and Jim Lind,

Defendants. Civ. No. 02-28 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 11th day of April, 2002.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Defendants' Motion to Dismiss the Plaintiff's Complaint, which was filed on March 21, 2002.

In order to facilitate disposition of the Complaint and the request for dismissal, it is --

ORDERED:

1. That the Petitioner shall have until **May 13, 2002**, in which to respond, should he so choose, to the Defendants' submission to the Court requesting that the Complaint be dismissed.

FILED APR 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. That the Defendants shall have until **May 28, 2002**, in which to reply to any submission of the Plaintiff. The Defendants are reminded that no affidavits, or other evidentiary submissions, may be served in conjunction with a Reply Memorandum, unless express leave has been obtained, in advance, from the Court. See, L.R.7.1(b)(1)(C), Local Rules for the United States District Court for the District of Minnesota.

3. That there shall be no Hearing on the Motion, unless the Court determines that oral argument is essential to secure the just, speedy, and inexpensive determination of this action. See, Rule 1, Federal Rules of Civil Procedure.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE