**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Charles R. Stone,

Plaintiff,

v.

Rick Harry, et al.,

Defendants.

Civ. File No. 02-28 (MJD/RLE)

**ORDER**

---

This matter is before the Court on Plaintiff's Motion for a Certificate of Appealability pursuant to 28 U.S.C. § 2253(c). A Certificate of Appealability is required in an appeal from a final order in a habeas corpus proceeding or a proceeding under section 2255. See 28 U.S.C. § 2253(c). In this case, Plaintiff has commenced a civil rights lawsuit pursuant to 42 U.S.C. § 1983. Thus, a Certificate of Appealability is not required for appeal. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for a Certificate of Appealability is **DENIED AS MOOT**.

Dated: Nov. 7, 2002

Michael J. Davis
United States District Court Judge

11-7-02
JUDGMENT
DEPUTY