SCANNED
MAY 10 2004
VEM
U.S. DISTRICT COURT ST. PAUL

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-1479

Charles Richard Stone,

Appellant,

v.

Rick Harry; Anita Schlank; Deborah Konieska; Rhonda Heskin; Amy Anderson; Lori Parkos; Jim Lind,

Appellees.

CV02-28 MJD/RLE

Appeal from the United States District Court for the District of Minnesota

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

April 14, 2004

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: Michael E. Gans

10 2004
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK VEM